767 A.2d 482

EDUARDO IGLESIAS, ETC., PLAINTIFF–PETITIONER,
v. WINANT–BOMACK INSURANCE AGENCY, INC.,
ETC., ET AL., DEFENDANTS–RESPONDENTS.

December 7, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *New Jersey Manufacturers v. Breen*, 153 *N.J.* 424, 710 *A.*2d 421 (1998).

767 A.2d 483

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT,
v. R.D., DEFENDANT–CROSS–PETITIONER.

December 7, 2000.

Granted.